Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_AnThony L. Wills_
NAME (Under which you were convicted)

_DCDC # 219-128_
PRISON NUMBER

_D. C. JAIL_
PLACE OF CONFINEMENT/ADDRESS
_1901 D. St. S.E._
_WashingTon, D.C., 20003_

_AnThony L. Wills_              )
(Full Name)          Petitioner  )
                                 )
                                 )
                 v.              )
                                 )
                                 )
_Warden William J Smith_         )
(Name of Warden, Superintendent, Jailor, or  )
authorized person having custody of petitioner) )
                    Respondent   )

CASE NUMBER   1:06CV02256

JUDGE: Richard J. Leon

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 12/29/2006

## PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.   This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

3.   Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4.   Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

5.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

9.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a)  Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    Superior Court for the District of Columbia

2.  (a)  Date of the sentence (or detention): January 5th, 1990

3.  Length of sentence: 2 to 6 years and 20 months to 5 years

4.  Nature of offense involved (all counts): Distribution of Heroin and Distribution of Cocaine.

5.  (a)  What was your plea? (Check one):
    ☐  Not guilty
    ☑  Guilty
    ☐  Nolo Contendere (no contest)
    ☐  Insanity

(b)    If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____
_____
_____
_____
_____
_____

6.    Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☐    Yes
☑    No

7.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1)    Name of Court: _____

(2)    Nature of the proceedings: _____

_____
_____
_____

(3)    Grounds raised: _____

_____
_____
_____

(4)    Did you receive an evidentiary hearing on your petition, application or motion?

☐    Yes
☑    No

(5)    Result: _____

(6)    Date of result: _____

(b)    As to any second petition, application, or motion, give the same information:

(1)    Name of Court: _____

(2)    Nature of the proceedings: _____

_____
_____
_____

(3)    Grounds raised: _____

_____
_____
_____

(4)    Did you receive an evidentiary hearing on your petition, application or motion?

☐    Yes
☑    No

(5)    Result: _____

    (6)    Date of result: _____

  (c)    As to any third petition, application, or motion, give the same information:

    (1)    Name of Court: _____

    (2)    Nature of the proceedings: _____

_____

_____

_____

    (3)    Grounds raised: _____

_____

_____

_____

_____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?

        ☐    Yes

        ☑    No

    (5)    Result: _____

    (6)    Date of result: _____

  (d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?

    (1)    First petition, etc."

        ☐    Yes

        ☑    No

    (2)    Second petition, etc.:

        ☐    Yes

        ☑    No

    (3)    Third petition, etc.:

        ☐    Yes

        ☑    No

  (e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _I HAD NEVER KNOWN FROM THE BEGINNING THAT PAROLE WAS AN UNCONSTITIONAL PROVISION OF THE LAW, WHICH SHOULDN'T had been "delegated" to AN EXECUTIVE BRANCH AND TRIAL COUNSEL SHOULD had CONTESTED THIS above ISSUE during the SENTENCING HEARING._

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    **GROUND ONE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    MR. WILLS had plead Guilty to a "MISdEMEANOR" CHARGE IN THE SUPERIOR COURT AND THE Judge had SENTENCEd MR. WILLS to AN 100 days IN THE CUSTOdy OF THE ATTORNEY GENERAL. THE U.S. PAROLE COMMISSION has Lodged a deTAINER AGAINST MR. WILLS, THAT WILL PREVENT him FROM being RELEASE FROM PRISON, ONCE THE ABOVE SENTENCE WILL EXPIRE.

B.    **GROUND TWO:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    MR. WILLS ORIGINAL SENTENCE has been "REVOKED" by THE U.S. PAROLE COMMISSION THREE (3) times IN THE PAST, Had SERVEd APPROXIMATED 38 MONTHS IN PRISON UNDER THE JURISDICTION OF PAROLE BOARD AND Had been dEPRIVEd OF 5 YEARS OF STREET TIME CREdITS. THE U.S. PAROLE COMMISSION SEEKS to VIOLATE MR. WILLS FOR "NEW" CRIMINAL CONDUCT AND OTHER ADMINISTRATIVE CHARGES AT a FUTURE REVOCATION HEARING.

C.    **GROUND THREE:**

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    MR. WILLS SENTENCE Had EXPIRED AS OF JANUARY 5, 2001, due to THE DEPARTMENT OF CORRECTION had AGGREGATED MR. WILLS SENTENCE, AS being UNLAWFULLY RAN CONSECUTIVE by PRISON OFFICIALS. MR. WILLS is VERY AWARE THAT PAROLE WAS ONCE AbolisH by THE SUPREME COURT IN THE YEAR OF 1992.

Page 6

D.    **GROUND FOUR:**

(a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _MR. WILLs JUDGMENT AND COMMITMENT ORDER_ _CONFIRM THAT HIS PAROLE TERM HAS BEEN "DELEGATED" TO_ _A PAROLE COMMISSION, IN VIOLATION OF THE SEPARATION OF_ _POWER DOCTRINE. FURTHERMORE, MR. WILLS SENTENCING JUDGE_ _HAS NEVER ISSUE A JUDICIAL SUMMON OR ARREST WARRANT_ _FOR MR. WILLS TO APPEAR IN HIS COURTROOM ON A PROBABLE_ _CAUSE HEARING OR SHOW CAUSE HEARING, TO MAKE ANY_ _FACT-FINDING ON A PAROLE VIOLATION AT ALL. THE LODGED_ _DETAINER is being "PROTECT" as frivolously applied to MR. WILLS._

"_SEE ATTACHED MEMORANDUM AND AUTHORITY OF LAWS,'"_

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _ALL ISSUES RAISE IN THIS CASE, WAS_ _NEVER PRESENTED IN ANY OTHER COURT, BECAUSE MR. WILL'S is_ _NOW BEING ADVISED by INMATE COUNSEL OF HIS CONSTITUTIONAL_ _RIGHTS BEING VIOLATED by THE U.S. PAROLE COMMISSION._

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

☐    Yes
☑    No

(a)    If so, give the name and location of the court and case number, if known: _____

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

☑    Yes
☐    No

(a)    If so, give name and location of court which imposed sentence to be served in the future: _I AM PRESENTLY SERVING a 100 days SENTENCE FOR_ _THE SUPERIOR COURT RIGHT NOW._

Page 7

(b)    And give date and length of sentence to be served in future: _____
_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which
imposed the sentence to be served in the future?
☐    Yes
☑    No


        Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in
this proceeding.

_____
Petitioner's Signature

11-27-2006
Date

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W.
Washington, DC  20002


Anthony L. Wills DCDC 219-128
DC Department of Corrections DC Jail

       Petitioner,

      V.                                Civil Action No._____

Warden William J. Smith
D.C. Department Of Correction
1901 D Street SE
Washington, DC 20003, Respondent

U.S. Parole Commission, ET.AL.,
5550 Friendship Boulevard
Chevy Chase, Md. 20815-7286


MEMORANDUM AND AUTHORITY OF LAWS
IN SUPPORT OF PETITIONER'S WRIT OF HABEAS CORPUS


      The Petitioner now challenge the Constitutionality of The Parole Commission's authority having jurisdiction over his "Post Supervision Release Term" and the power to revoke his sentence again. The criminal procedure rule No. 32.1 grants authority to Magistrate Judge to hold a "Probable Cause Hearing" on D.C. Code Offenders and not parole officials. Regardless of Mr. Wills violating any condition of parole, his sentencing Judge will not take any further action against him.

### JURISDICTION

      Jurisdiction is conferred upon this Honorable Court pursuit to Title 28 U.S.C.

Section 2241 and 2243. As well as Title 18 U.S.C. § 1201.

### FACTS OF THIS CASE

      Prior to the year of 1990, Mr. Wills received a sentence of 2 to 6 years for

Distribution of Heroin and 20 months to 5 years for Distribution of Cocaine, which both

*06 2255*

**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

sentences was imposed on January 5th, 1990 by a Superior Court Judge.

The Department of Correction had <u>Improperly Aggregate</u> Mr. Wills sentence to run "consecutive" and which had amount to a Full Term sentence of 11 years. <u>This above sentence had "expired" as of January 5th, 2001.</u> Prison officials had the wrong interpretation for a sentence to be ran consecutive. The date the Judge pronounce the sentence, both sentences must run "concurrent" with each other, <u>not to be Aggregate.</u> See <u>U.S. v. Estrada, 680F.Supp 1312.</u>

The Parole Commission has now taken the position to "Re-sentence" Mr. Wills to a 14 month prison term during the year of 2003, than revoked Mr. Wills parole term for another 12 moths and now forcing Mr. Wills to serve another prison term of <u>12</u> months. As of today, Mr. Wills has been "deprived" of approximately 5 years of "street time credits" by the U.S. Parole Commission and <u>His State Sentence has been Revoked again.</u>

The Parole Commission now holds Mr. Wills in custody for Administrative charges/sanctions for (a) Use of Dangerous and Habit Forming Drugs, (b) violation of special condition (Drug Aftercare) and (c) catching a new Theft 1 charge, <u>that was Dismissed on July 14, 2006.</u> Under Federal Law, Mr. Wills was only required to submit to <u>only</u> three(3) Drug Tests, before a violation can occur. See <u>U.S. v. Menlendez-Santana,</u> 353 F.3d.___.

## ARGUMENTS

The Burden of Proof is on the Government to Show cause that the Parole Commission has <u>Not acted in capacity of an Article III Judges.</u>

The Power to sentence a State or Federal Prisoner has always been invested in the hands of an Article III Judge and <u>not The Parole Commission,</u> see <u>Zakari v. Reno,</u> ___ F.

Supp. 2d___ (E.D.VA.1999).

The Fourth Circuit Court Judges was squarely faced with the same above issue that "whether a Non-Judicial officer can set the Full Term of restitution and the Final Resolution of a person's sentence" "<u>The Answer was NO</u>". See <u>U.S. v. Johnson,</u> 48 F.3d 806, 807-08 (4th cir.1995).

In the Case at Bar, Congress had impermissibly granted "Judicial Power" to the Parole Commission to <u>Re-Lock-Up D.C. Code Offenders,</u> Hold Revocation Hearings, revoke a person's sentence, take street time credits, <u>convert Post Supervision into Jail Time Status, Set The Full Term Of Drug Testing,</u> place Parolee in Drug Treatment Programs and <u>Make the final resolution on someone's sentence.</u> See D.C. Code 24-131, 24-406, 24-205 and 24-133.

The Petition now challenge the U.S. Parole Commission's authority to "Revoke" his sentence, taken of street time credits and to willfully hold him in custody under the Attorney General, as well as Apply Parole Guidelines to his sentence. The power to revoke a sentence, always was vested in the hands of a sentencing Judge. See D.C. Code section 24-109 and D.C. Code 11-923 (authority to resolve cases and controversy). The D.C. Circuit Judges had already dealt with the situation where probation officials "continue" a Judges Court Order. See <u>Taylor v. U.S. Probation Office,</u> ET.AL. Appeal No. 03-5170, decided June 3, 2005.

Judge Gladys Keesler in this same Court-House, was squarely faced with the issue of whether a probation officer can "extend" a defendant's supervised release date beyond his "maximum" sentence. <u>That answer was proving as being NO.</u> See <u>U.S. v. Taylor,</u> criminal no. 97-0035, decided on February 4th, 2005.

The Fourth Circuit Judges was also squarely faced with the same above issue, in which, a defendant prison term and supervised release term cannot fall beyond his maximum sentence at all, because it violates the defendants substantial rights, under the Criminal Rule No. 11. See U.S. V. Throne, 153F.3d130.

For this cause, the U.S. Parole Commission must cease taking a person "street time credits" and release all parolees whom sentence has already expired.

Furthermore, the provision of a Parole Board was unconstitutional in the beginning and should "Phase-Out".

It is well settled under Federal Law, that Parole has been declared "Abolished" by the Supreme Court Justice Judges and a District Court Judge in the year of 1992 and 1988. See U.S. v Mistretta, 488 U.S. 361, and U.S. v. Estrada, 680 F. Supp.1312, 1338.

Congress had no Judicial or Legislative duty to over-turn the above Supreme Court's set precedent, by signing a "Bill" to have "extended" the Parole Commission authority further, to function in capacity as an Article III Judge. Parole Officials are an "Executive-Official" without Judicial Power and they are "Un-License - Judges" to hold anybody in jail.

For the above cause, there has been an "Encroachment " on the Judicial Branch and an intent violation of the separation of Power and Unusual Punishment", in violation of his 8[th] Amendment Rights.

After Mr. Wills serving his 100 days sentence on the misdemeanor charge, the lodged detainer will prevent him from being release and a parole hearing will take place. Mr. Wills remain in jail without an Official Judgment and Commitment Order, signed by his sentencing Judge. A prisoner cannot be put in jail without a court order, unless his court

order clearly states that "the defendant is place in the custody of the "Attorney General". A Parole Commission's "Notice of Action" cannot be "Substitute" for a Judgment and Commitment Order at all.

The facts remains that, Parole Officials have strictly Limited power to make a "Recommendation Report" to a sentencing Judge only and have no power to "Revoke" a parolee sentence at all. A Magistrate Judge can only make a recommendation report himself. In this case, the Parole Commission has acted as a Prosecutor, Jury and Judge.

## CONCLUSION

The Petitioner Respectfully requests that This Honorable Court will rule on Congress "Delegation of Power" Facts and Vacate the petitioner's Parole sentence, as expediently require by Justice.

Respectfully Submitted

Mr. Anthony Wills #219-128
D.C. Jail
1901 D Street, SE
Washington, DC  20003

Executed on the 27 day of

November, 2006

cc: Counsel for record

G
06-2256
RJL

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

---

**I (a) PLAINTIFFS**

Anthony L. Willis

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11061
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 219.128

**DEFENDANTS**

Warden William J. Smith

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN ~~CONDEMNATION~~ CASES. USE THE LOCATION OF THE
TRACT ~~...~~

ATTOR~~~~

CASE NUMBER   1:06CV02256

JUDGE:  Richard J. Leon

DECK TYPE:  Habeas Corpus/2255

DATE STAMP:  12/29/2006

---

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP**
FOR PLAINTIFF AND

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A.  Antitrust**

☐ 410 Antitrust

**☐ B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C.  Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E.  General Civil (Other)   OR   ☐ F.  Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

4

<table>
<tr><td>

☐ **G.  Habeas Corpus/ 2255**

☐ 530 Habeas Corpus-General
☐ 510 Motion/Vacate Sentence

</td><td>

☐ **H.  Employment Discrimination**

☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

</td><td>

☐ **I.  FOIA/PRIVACY ACT**

☐ 895 Freedom of Information Act
☐ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

</td><td>

☐ **J.  Student Loan**

☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

</td></tr>
<tr><td>

☐ **K.  Labor/ERISA (non-employment)**

☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Labor Railway Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

</td><td>

☐ **L.  Other Civil Rights (non-employment)**

☐ 441 Voting (if not Voting Rights Act)
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights
☐ 445 American w/Disabilities-Employment
☐ 446 Americans w/Disabilities-Other

</td><td>

☐ **M.  Contract**

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder's Suits
☐ 190 Other Contracts
☐ 195 Contract Product Liability
☐ 196 Franchise

</td><td>

☐ **N.  Three-Judge Court**

☐ 441 Civil Rights-Voting (if Voting Rights Act)

</td></tr>
</table>

**V. ORIGIN**

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241

**VII. REQUESTED IN COMPLAINT**     CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23     **DEMAND $** _____     Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**     (See instruction)     ☐ YES ☒ NO     If yes, please complete related case form.

**DATE** 12.29.06     **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd