UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY WILLS, )
　)
　Petitioner, )
　)
v. ) Civil Action No.  **06 2256**
　)
WARDEN WILLIAM J. SMITH, et al., )
　)
　Respondents. )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within __30__ days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Respondents, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge

Date: 1/4/07