Anthony Wills Federal # 06980-007
CI MOSHANNON VALLEY
CORRECTIONAL INSTITUTION
P.O. BOX 2000
PHILIPSBURG, PA 16866

Case Number: 1:06-cv-2256

CLERKS OFFICE
UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION #: 062256
PLAINTIFF: ANTHONY L. WILLS

## NOTICE OF ADDRESS CHANGE

Effective January 7, 2007, please note that the address for Anthony L. Wills DCDC 219-128; Federal ID# 06980-007 and Civil Action #062256 has been changed to:

Anthony Wills #06980-007
CI MOSHANNON VALLEY
CORRECTIONAL INSTITUTION
P.O. BOX 2000
PHILISBURG, PA 16866

Dated January 13, 2007

Respectfully Submitted,

*Anthony Wills*
Anthony L. Wills