UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.   06-cv-2256 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY L. WILLS** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, TRICIA D. FRANCIS.  This is notice of her appearance in this matter on behalf of the United States.  Please send all notices and inquiries to this attorney at the address that is listed in this notice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____/s/_____
Tricia D. Francis
Assistant United States Attorney
Special Proceedings Division
D.C. Bar Number 457800
555 Fourth Street, N.W.
Room 10-447
Washington, D.C. 20530
(202) 353-9870

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing notice was mailed to Petitioner, Anthony L. Wills, DCDC Number 219-128, District of Columbia Central Detention Facility, 1901 D Street, S.E., Washington, D.C. 20003, on this _31$^h$____ day of January, 2007.


_____/s/_____
TRICIA D. FRANCIS
ASSISTANT UNITED STATES ATTORNEY