UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY WILLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-2256 (RJL) |
| ) | |
| WARDEN WILLIAM J. SMITH, *et al.*, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
RESPONDENT WILLIAM J. SMITH'S RESPONSE TO
THE COURT'S ORDER TO SHOW CAUSE**

Respondent William J. Smith, warden D.C. Jail, by and through counsel, hereby responds to the Court's Order to Show Cause, and states as follows.

**I. PRELIMINARY STATEMENT**

On December 29, 2006, petitioner filed a writ of habeas corpus against Warden William J. Smith and the United States Parole Commission. The petitioner challenges the Commission's authority to revoke his sentence, to take his "street time credits," to hold him in custody under the Attorney General and to apply Parole Guidelines to his sentence. *See* Petition, generally. Petitioner further alleges that the Commission re-sentenced him to a 14 month prison term during the year 2003, then revoked his parole term and is "forcing" him to serve another 12 month prison term. *Id*. For the following reasons, the Court's Order to Show Cause should be dismissed as to respondent William J. Smith.

**II. ARGUMENT**

Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the

imprisonment of D.C. felons from the District of Columbia to the United States, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003).

Respondent William J. Smith is not the proper party to respond to the merits of petitioner's habeas corpus petition because the matter he complains about occurred after the National Capital Revitalization and Self-Government Improvement Act of 1997 was passed. Because petitioner's remedy may only be provided by the United States Parole Commission, who has already been identified by petitioner as a respondent in this matter, respondent William J. Smith defers to the United States Parole Commission, and seeks dismissal of the Order to Show Cause against him.

## **CONCLUSION**

For the reasons set forth above, this Court's Order to Show Cause should be dismissed with prejudice as to respondent William J. Smith.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

          /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

          /s/ Leticia L. Valdes
        LETICIA L. VALDES [0461327]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 727-6295

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent William J. Smith's Memorandum of Points and Authorities in Support thereto, and proposed Order was mailed, first class, postage prepaid, this 19th day of March 2007, to:

Mr. Anthony Wills
# 219-128
D.C. Jail
1901 D Street, S.E.
Washington, DC 20003

        /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY WILLS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-2256 (RJL) |
| ) | |
| WARDEN WILLIAM J. SMITH, *et al.,* ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Upon consideration of petitioner's Writ of habeas Corpus, this Court's Order to Show Cause, and respondent William J. Smith's Response to the Court's Order to Show Cause, it is this _____ day of _____, 2007,

ORDERED: that Petitioner's Writ of Habeas Corpus is denied, and it is,

FURTHER ORDERED: that the Court's Order to Show Cause as to respondent William J. Smith is hereby dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE

Mr. Anthony Wills
# 219-128
D.C. Jail
1901 D Street, S.E.
Washington, DC 20003