UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANTHONY L. WILLS, | : |
| Petitioner, | : |
| v. | : Civil Action No. 06-2256 (RJL) |
| WARDEN WILLIAM J. SMITH, *et al.*, | : |
| Respondents. | : |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED. It is further

ORDERED that the Order to Show Cause [Dkt. #3] is DISCHARGED. It is further

ORDERED that this civil action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 5/15/07